| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnstone, Edward H. | 2. Court or Organization<br><br>United States District Court, Western District of Kentucky | 3. Date of Report<br><br>03/19/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>217 Federal Building<br>501 Broadway<br>Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2010 MAR 29 A 11: 16

Johnstone, Edward H.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farmers Bank & Trust Checking Account | A | Interest | L | T | | | | | |
| 2. 1/2 Interest in oil & gas rights, land in Caldwell County KY | A | Rent | J | W | | | | | |
| 3. IRA Edward D. Jones Wash Mut Investors Fund | C | Dividend | K | T | | | | | |
| 4. American Funds: EuroPacific Growth Fund | B | Dividend | M | T | | | | | |
| 5. Lockheed Martin Common Stock | B | Dividend | L | T | | | | | |
| 6. AT&T | B | Dividend | K | T | | | | | |
| 7. Franklin Tax Free Income Fund (KY) | D | Dividend | N | T | | | | | See Note #1. |
| 8. Franklin Utility Fund | A | Dividend | K | T | | | | | |
| 9. Franklin High Yield Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 10. Washington Mutual Investors Fund | B | Dividend | L | T | | | | | |
| 11. Edward D. Jones Tax Free Money Market Account | A | Dividend | J | T | | | | | |
| 12. American Funds: Capital Income Builders Fund | B | Dividend | K | T | | | | | |
| 13. Chevron Corp. | A | Dividend | K | T | | | | | |
| 14. Hershey Food Corp. common stock | A | Dividend | J | T | | | | | |
| 15. American Funds: Income Fund of America | B | Dividend | K | T | | | | | |
| 16. American Balanced Fund | A | Dividend | K | T | | | | | |
| 17. Franklin Insured Tax Free Income Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Franklin Federal Inter-Term Tax-Free Income Fund | A | Dividend | K | T | Buy | 09/08/09 | K | | |
| 19. Tax Exempt Bond Fund of America | A | Dividend | K | T | Buy | 03/16/09 | K | | |
| 20. Trust #1, assets in entries #21-31 below: | | | | | | | | | |
| 21. JP Morgan Large Cap Growth | A | Dividend | M | T | | | | | |
| 22. JP Morgan Money Market | | None | | | Sold | 04/13/09 | K | | See Note #2. |
| 23. JP Morgan Large Cap Value | A | Dividend | L | T | | | | | |
| 24. JP Morgan Intermediate Tax Free Bond | D | Dividend | M | T | | | | | See Note #3. |
| 25. JP Morgan Mid Cap Growth Fund | | None | L | T | | | | | |
| 26. JP Morgan Small Cap Growth Fund | | None | K | T | | | | | |
| 27. JP Morgan Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 28. JP Morgan U.S. Equity Fund | A | Dividend | J | T | | | | | |
| 29. JP Morgan International Equity Index Fund | A | Dividend | K | T | | | | | |
| 30. JP Morgan U.S. Real Estate Fund | A | Dividend | J | T | | | | | |
| 31. Dodge & Cox FDS INTL STK FND | A | Dividend | K | T | | | | | |
| 32. MetLife -- Whole Life Policies/Stock | A | Dividend | L | T | | | | | |
| 33. Dept. of Veterans Affairs -- GI Insurance Policies | A | Int./Div. | K | T | | | | | |
| 34. ING -- Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Lehman Bros. Bank CD | B | Interest | | | Redeemed | 03/02/09 | K | | |
| 36. Lehman Bros. Bank CD | B | Interest | | | Redeemed | 08/31/09 | K | | |
| 37. Lehman Bros. Bank CD (due 8/30/2010) | | None | K | T | | | | | |
| 38. Sallie Mae CD (due 12/17/2010) | | None | K | T | | | | | |
| 39. Summit Community Bank CD (due 3/17/2011) | | None | K | T | | | | | |
| 40. SAFRA National Bank CD (03/16/2010) | | None | K | T | Buy | 09/08/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: In the 4/1/2009 Financial Disclosures Report, funds from the Franklin Tax Free Income Fund (KY) were inadvertently characterized as a distribution when they should have been noted as a dividend.

Note 2: On April 13, 2009, $40,500.00 was drawn from the JP Morgan money market account by Trustee William G. Johnstone, and is held in cash by him.

Note 3: On June 26, 2009, JP Morgan Kentucky Municipal Bond Class A Fund investment was merged into the JP Morgan Intermediate Tax Free Bond Class A Fund. New Fund name is noted on this Disclosure in Entry # 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 03/19/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544